THE LAW OFFICES OF

# VINCENT J. MARTINELLI

ATTORNEY AND COUNSELOR AT LAW

2040 VICTORY BOULEVARD
STATEN ISLAND, NY 10314
TELEPHONE: (718) 667-0500
FACSIMILE: (718) 667-5526

<table>
<tr><td>NEW JERSEY OFFICE<br>260 Route 34 South<br>Matawan, NJ 07747<br>Tel.: (732) 566-6366</td><td>ADMITTED IN NEW YORK<br>AND NEW JERSEY</td></tr>
</table>

July 10, 2012

**Via Electronic Court Filing**

Honorable Dora L. Irizarry, USDJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:    US v. Anthony O'Donnell, et al.**
Docket No. 11-CR-03 (DLI)

Dear Judge Irizarry:

As you are already aware, I represent Mr. Anthony O'Donnell on the above referenced matter.

In response to your Order, dated July 26, 2012, regarding a Motion to Compel made by Petitioner Jerry Capeci, pursuant to my understanding of applicable Second Circuit case law Mr. O'Donnell will not file an opposition to the release of his plea agreement as requested in the motion.

Very truly yours,

/s/

Vincent Martinelli

VJM/meb
CC:    All Counsel (via ECF)
          Mr. Anthony O'Donnell